**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-1819**

———————

CHRISTOPHER SESTITO,

                    Plaintiff – Appellee,

          v.

J. M. HEIRWATER, c/o Stafford County Sheriff's Department,

                    Defendant – Appellant,

          and

AQUIA HARBOUR, INCORPORATED, a Virginia Corporation; AQUIA HARBOUR PROPERTY OWNERS ASSOCIATION, INC.; S. C. DEBRULAR, c/o Aquia Harbour Police Department,

                    Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:09-cv-00065-TSE-IDD)

———————

Submitted:  April 22, 2010                    Decided:  May 13, 2010

———————

Before TRAXLER, Chief Judge, and DUNCAN and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alexander Francuzenko, Zachary A. Kitts, COOK, KITTS & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellant.  Herbert S.

Rosenblum, HERBERT S. ROSENBLUM, A PROFESSIONAL CORPORATION, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deputy Sheriff J. M. Heirwater appeals the district court's order denying him qualified immunity and denying his motion for summary judgment in the civil action filed against him. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sestito v. Heirwater, No. 1:09-cv-00065-TSE-IDD (E.D. Va. filed July 10, 2009 & entered July 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3